UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEISA SCHULZE,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>           Defendant. | CASE NO. 15-cv-05285 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (Dkt. 16), and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration consistent with the Report and Recommendation; and

1     (3)     The Clerk is directed to enter Judgment and close this case.

2     Dated this 20th day of October, 2015.

                                                      *[signature]*

                                                      Ronald B. Leighton
                                                      United States District Judge